UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 5:26-cv-00021-SB-AS | Date: | February 20, 2026 |
|---|---|---|---|

| Title: | Thai Quoc Truong v. Todd M. Lyons et al |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Steven Kyle Ridgill | Daniel A Beck |
| | David M Harris |

**Proceedings: (Minutes of)** Order to Show Cause **(Held and completed)**

     The Court heard from Respondents' counsel regarding the Court's order to show cause (OSC). Dkt. No. 19. Karen Smith, the former Special Assistant United States Attorney assigned to this case, is ordered to appear on February 27, 2026, at 8:30 a.m. in Courtroom 6C to address her failures to appear and otherwise comply with court orders. She shall file a declaration by February 25, 2026, addressing the OSC. Failure to timely file a declaration will result in the Court issuing sanctions. The government is ordered to notify Ms. Smith of this order immediately.

     Petitioner's motion for reconsideration of the Court's order denying his application for a temporary restraining order (TRO) (Dkt. Nos. 15, 17) is denied. "[A] motion for reconsideration is not a vehicle through which a movant may introduce new arguments" or present evidence for the first time. *S. Cal. Darts Assoc. v. S. Cal. Darts Assoc., Inc.*, No. 12-CV-01899-RGK, 2012 WL 12882763 (C.D. Cal. June 22, 2012) (citing *Carroll v. Nakatonia*, 342 F.3d 934, 945 (9th Cir. 2003)). Petitioner's argument about the cumulative length of his detention, which serves as the basis for the motion for reconsideration, was not raised in his TRO application or properly briefed by the parties. The motion is denied on procedural

grounds and without prejudice to renewal for consideration on the merits if properly presented.

    As stated on the record, both parties consent to this case proceeding before the assigned magistrate judge for all purposes.  Accordingly, the Court grants the request and orders that this case proceed before Magistrate Judge Sagar for all purposes.

0:34

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk <u>LFA</u> |
|---|---|---|