JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| THAI QUOC TRUONG,<br><br>                    Petitioner,<br><br>        v.<br><br>TODD M. LYONS, et. al.,<br><br><br>                    Respondents. | Case No. EDCV 26-0021-AS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS HEREBY ADJUDGED that the Petition is GRANTED.

DATED: March 20, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE